**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 22-1383**

—————

In re: PATRICIA L. HARRISON.

------------------------------------------------------------

PATRICIA L. HARRISON,

          Respondent - Appellant,

ESTATE OF LATOYA NICOLE VALENTINE, by and through Debra Grate, Personal Representative; DEBRA GRATE, in her individual capacity,

          Plaintiffs,

      v.

THE SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE OFFICE OF THE GOVERNOR; HENRY D. MCMASTER; NIMRATA "NIKKI" HALEY; JOSHUA BAKER; CHRISTIAN SOURA; THE SOUTH CAROLINA DEPARTMENT OF DISABILITIES AND SPECIAL NEEDS; MARY POOLE; PATRICK J. MALEY; LOIS PARK MOLE; SUSAN BECK; BEVERLY BUSCEMI; STANLEY BUTKUS; KATHI LACY; WILLIAM BARFIELD; THOMAS WARING; ROBERT KERR; WILLIAM DANIELSON,

          Defendants - Appellees,

THE STATE OF SOUTH CAROLINA; PICKENS COUNTY DISABILITIES AND SPECIAL NEEDS BOARD; ELAINE THENA; JOHN OWENS; DIANE ANDERSON,

          Defendants,

WILLIAM BOUTON

          Respondent.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:18-cv-00895-JFA)

_____

Submitted:  February 7, 2023                          Decided:  February 21, 2023

_____

Before WILKINSON and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF**:  Patricia Logan Harrison, Appellant Pro Se.  Thomas Ashley Limehouse, Jr., William Grayson Lambert, OFFICE OF THE GOVERNOR OF SOUTH CAROLINA, Columbia, South Carolina; William Henry Davidson, II, Kenneth Paul Woodington, DAVIDSON, WREN & DEMASTERS, P.A., Columbia, South Carolina; Damon C. Wlodarczyk, RILEY POPE & LANEY, LLC, Columbia, South Carolina; James Houston Burns, Matthew Douglas Patterson, Thadeous Herbert Westbrook, III, Columbia, South Carolina, Miles Edward Coleman, NELSON, MULLINS, RILEY & SCARBOROUGH LLP, Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Patricia L. Harrison appeals the district court's order sanctioning her pursuant to Fed. R. Civ. P. 11.  We review for abuse of discretion a district court's order granting sanctions under Fed. R. Civ. P. 11.  *Morris v. Wachovia Sec., Inc.*, 448 F.3d 268, 277 (4th Cir. 2006).  After reviewing the record, the parties' briefs, and the district court's thorough order, we affirm for the reasons stated by the district court.  *Estate of Valentine v. South Carolina*, No. 3:18-cv-00895-JFA (D.S.C. Mar. 29, 2022).  We deny Harrison's motions for judicial notice and for a stay pending appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*